# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CASE NO:  2:00-CV-094** |
| vs. | ) |
| | ) |
| **WILLIAM P. PHILLIPS,** | ) **MAGISTRATE JUDGE KEMP** |
| aka **WILLIAM P. PHILLIPS, JR.,** | ) |
| **SSN: XXX-XX-4226** | ) |
| **Defendant,** | ) |
| | ) |
| and | ) |
| | ) |
| **Honda of America Manufacturing, Inc.** | ) |
| | ) |
| **Garnishee.** | ) |

## ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff, the United States, for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205, and grants Plaintiff's application.

**IT IS SO ORDERED**.


DATE: <u>December 19, 2007</u>


```
                              /s/ Terence P. Kemp
                              United States Magistrate Judge
```